# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2006

To: United States Court of Appeals   Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk   (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103   ( )   Judge

From: United States District Court
    300 Ala Moana Blvd. Room C-338
    Honolulu, Hawaii 96813

DC No:   CR 03-00127SOM-01   Appeal No:   05-10419

Short Title:   U.S.A. vs. ESPARZA

FILED MAR 0 2 2006 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

RECEIVED CLERK, U.S. DISTRICT COURT MAR 0 6 2006 DISTRICT OF HAWAII

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 1 sealed document.

Acknowledgment: _____   Date: 3/2/06

cc: Counsel, AUSA