# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   February 27, 2006

| | | | | |
|---|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: | ( )<br>(✓)<br>( ) | Civil<br>Criminal<br>Judge |

FILED
MAR 0 2 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CR 03-00127SOM-01         Appeal No:   05-10419
Short Title:  U.S.A. vs. ESPARZA

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 17 2006
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos: 1 sealed document.

Acknowledgment: _____[signature]_____   Date: _____

cc: Counsel, AUSA