CERTIFICATE OF SERVICE

The udnersigned hereby certifies he caused a true and correct copy of the foregoing Motion 28 USC § 2255, with Memorandum and Exhibits, to the attorney for the Respondent, First Class, postage prepaid, and addressed to:

> MICHAEL K. KAWAHARA, AUSA
> FLORENCE T. NAKAKUNI, AUSA
> OFFICE OF U.S. ATTORNEYS
> ROOM 6-100, FEDERAL BUILDING
> 300 ALA MOANA BLVD.
> HONOLULU, HAWAII 96850
> 808/541.2850

declaring the aame was placed into Prison Official hands for mailing, pursuant to 28 USCS § 1746, all on this 9 day of June, 2007.

_____
ERNEST M. ESPARZA
Defendant-Petitioner, Pro se.


GWS/cc: 7005 3110 0001 4982 0225