EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIV. NO. 07-0375SOM |
| --- | --- | --- |
| | ) | CR. NO. 03-0127SOM-01 |
| Plaintiff, | ) | |
| | ) | MOTION FOR EXPANSION OF |
| VS. | ) | RECORD PURSUANT TO RULE |
| | ) | 7, RULES GOVERNING SECTION |
| ERNEST M. ESPARZA, | ) | 2255 PROCEEDINGS FOR THE |
| | ) | UNITED STATES DISTRICT |
| Defendant. | ) | COURTS; DECLARATION OF |
| | ) | ARTHUR E. ROSS |

**MOTION FOR EXPANSION OF RECORD PURSUANT TO RULE 7,
RULES GOVERNING SECTION 2255 PROCEEDINGS FOR
THE UNITED STATES DISTRICT COURTS**

Pursuant to Rule 7(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, this Court is expressly authorized to expand the record to include other relevant materials pertinent to the 2255 motion. As expressly provided-for in Rule 7(b), "[a]ffidavits also may be submitted and considered as part of the record". The United States so moves to expand the record herein to include the following:

(1) That written Declaration of Arthur E. Ross (the original of which is attached hereto). Mr. Ross was defendant's

trial and appellate counsel.

Federal law recognizes such that such declarations, made under penalty of perjury, are affidavit equivalents. <u>See</u> 28 U.S.C. 1746.

DATED: Honolulu, Hawaii, October 19, 2007.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By <u>/s/ Michael K. Kawahara</u>
    MICHAEL K. KAWAHARA
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the attached was served via first class U.S. Mail, postage prepaid, on the following:

ERNEST M. ESPARZA
#90291-022; SS3 Unit
Federal Corrrectional Institution
1900 Simler Avenue
Big Spring, TX 79720

    Defendant Pro Se

DATED: Honolulu, Hawaii, October 19, 2007.

/s/ Rowena Kang