EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>  )<br>        vs.           )<br>  )<br>  )<br>ERNEST M. ESPARZA,     (01),  )<br>  )<br>  )<br>            Defendant.   )<br>_____) | CIV. NO. 07-0375SOM<br>CR. NO. 03-0127SOM-01<br><br>SUPPLEMENTAL CERTIFICATE<br>OF SERVICE |

SUPPLEMENTAL CERTIFICATE OF SERVICE

      I hereby certify, in accordance with this Court's prior order entered October 22, 2007, that the "Motion for Expansion of Record Pursuant to Rule 7, Rules Governing Section 2255 Proceedings for the United States District Courts; Declaration of Arthur E. Ross" previously filed and served on October 19, 2007,

was duly served again via first class U.S. mail on November 23, 2007 to the following:

    Mr. Ernest M. Esparza
    #90291-022
    FCI Big Spring
    Federal Correctional Institution
    1900 Simler Avenue
    Big Spring, TX 79720

DATED: November 23, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney