EXHIBIT  B

DESCRIPTION OF ACTIVITY

On March 18, 2003, from approximately 1417 hours - 1555 hours an interview was conducted with Stacey BOHOL, AKA Stacey KUAMOO. Present were BOHOL, Michael OSTENDORP (BOHOL's attorney), DEA SA Jesse FOURMY, and this officer. The interview was conducted at the Federal Detention Center (FDC) in Honolulu, Hawaii.

BACKGROUND INFORMATION

On January 28, 2003, officers of the Hawaii County Police Department conducted surveillance on a vehicle that was operated by Stacey BOHOL. At one point officers contacted BOHOL, his brother Henry BOHOL and Stacey's girlfriend Amber WHITEHEAD after they had parked this vehicle at Keaukaha Park. A canine screening was conducted on two vehicles in the area which resulted in alerts. Following this Search Warrants were obtained and approximately three ounces of crystal methamphetamine were recovered, as well as a small amount of cocaine, some marijuana, three handguns and over $9000.00 in US currency.

INTERVIEW

1. Prior to the interview a "King for a Day" letter was signed by BOHOL and his attorney.
2. BOHOL said that Ernesto was his main supplier and he read about him in the paper and that he just got busted. BOHOL said that the other Mexican guy who got busted with Ernesto was known to him as Sammy, and that Sammy was also selling him crystal methamphetamine. BOHOL said that he has not seen either of them at the FDC.
3. BOHOL initially said that he has known Ernesto for a little over a year and met him down at the Four-Miles area (A beach park in the Keaukaha area of Hilo). He said that Ernesto had asked him if he knew anyone who wanted ice.
4. BOHOL said that Ernesto had initially fronted him two ounces of ice. BOHOL said that he had ended up smoking most of this and has never paid Ernesto back for those two ounces.
5. BOHOL said after that Ernesto fronted him eight ounces, BOHOL explained this by saying that Ernesto felt he (BOHOL) could not smoke all eight ounces.
6. BOHOL said that he was able to sell much of this eight ounces and paid Ernesto. After that time BOHOL began picking up ice from Ernesto regularly and estimated that he would pick-up 6-8 ounces per week at a cost of $2000.00 per ounce and at that time he said that he has been dealing with Ernesto for about two years.
7. BOHOL estimated that he would sell about 1 ½ - 2 pounds of ice per month. BOHOL said that the most ice he received from Ernesto at one time was two pounds.
8. BOHOL said that the most cash he ever had from selling drugs was $20,000.00.

1

9.  BOHOL said that about eight months after he hooked up with Ernesto he was introduced to Sammy at a hotel. BOHOL said that they gave him a better deal on the ice after that and that he would pick up ice from both Ernesto and Sammy who were working together. He said that he had initially paid $25,000.00 per pound of ice, however after he began to pick up from Sammy the price dropped to $19,000.00 - 20,000.00 per pound.

10. BOHOL described Sammy as being about 30, tall and fair looking.

11. BOHOL said that Ernesto would drive a black color Rodeo and that Sammy would drive a green color Lincoln, which he said was bought from a used car lot and used to belong to Joe FELICIANO.

12. BOHOL said that the ice he had when he was busted had come from Sammy.

13. BOHOL said that from what he understood they would fly in ice every week and they would call him via cellular telephone when the load came in and he would go up to their house and pick up the drugs.

14. BOHOL said that Ernesto's cellular telephone number was stored on his phone and he did not have it memorized.

15. BOHOL said that Ernesto and Sammy lived together in the same house and drew a map to the house. This map provided fairly accurate directions to 194 Kuleana Loop.

16. BOHOL said that Sammy's bedroom was the last on the left, and Ernesto's and his girlfriend would stay in the first bedroom on the left. BOHOL said that the only bedroom he had gone into was Sammy's, and said that when he would come to the house Ernesto's girlfriend would be told to go into their room (first on the left).

17. BOHOL said that they would bring in 30-40 pounds of ice per month. BOHOL said that the most ice he had seen them with was 50 pounds (this is the amount he was told, and it appeared to be so), and at this time they also had a box full of money. The drugs and money had been in Sammy's bedroom. At one time Ernesto said they were making $300,000.00 - 350,000.00 per month.

18. From what BOHOL had been told, most of the ice that Ernesto and Sammy would bring in went to Keith IMAI. BOHOL said that he never met IMAI, but that Ernesto used to talk about IMAI and referred to him as "his boy" or "his brother". From what he understood IMAI took care of Puna.

19. BOHOL said that Sammy brought in other Mexicans from the mainland to assist with drug trafficking and they would take plenty to Kona, but he did not know who they were supplying there.

20. He said that Ernesto and Sammy would always have guns with them. He described Ernesto's gun as being black in color, and said that he also saw an AK-47 and an SKS.

21. BOHOL said that Ernesto used to work at the import place near Ken's House of Pancakes.

22. BOHOL said that when Ernesto would be "dry", he (BOHOL) would pick up ice from Pat PAVAO. BOHOL said that PAVAO lives on the right hand corner of Haihai Street, above the turn off to Ernesto's house and one street below to top of Haihai Street. BOHOL said that PAVAO drives all different kinds of cars.

23. BOHOL said that Pat moves a couple of pounds of ice per week, and that he would pay PAVAO between $2000.00 - 2400.00 per ounce of ice. On one occasion about a year ago PAVAO said the Chad SOARES was "his partner", but did not go into any specifics. He said that PAVAO deal a lot out in Puna and Kau.

24. When asked about "Black Alan" BOHOL said that he used to run with Anthony - who got busted. He also said that Roy was pushing plenty and that Alan was his "garut".

25. BOHOL said that he has known Alan for about eight months and that before Alan got busted he (Alan) had bought a ½ pound of ice from him for $15,000.00 and had later bought a pound for $24,000.00. BOHOL said that he has bought an eight-ball of cocaine and some marijuana from Alan, but this was before Alan got busted.

26. BOHOL said that he had been at Alan's house one day and Alan told him not to talk and wrote down on paper that he had been busted.

27. When asked who he would sell ounces of ice to he said that there were not many people and he said he used to sell ¼ ounces to Rocky AHNEE, who would be picking up for Budu KAMOKU. BOHOL said that Budu runs Downtown Hilo, and he said he drives a 4-door Lincoln and uses plenty of heroin.

28. When asked about other bigger dealers he knows about BOHOL mentioned "Fluff" in Kona, Kalen UA and Doug REAVIS.

29. He went on the say that Doug REAVIS has three Toyota trucks and was staying at the Naniloa Hotel. BOHOL said that one time Doug wanted to buy from him and he said no. After that one of the sons (the younger one) from Leo's Rubbish bought 2 ounces from him, but BOHOL later found out this two ounces went to Doug so he would not sell to that kid again.

30. BOHOL said that the guns he had the day he was arrested were from the following people - the black one was from Pili (a female), and the chromw one was from Peter MAHI. He does not know if the guns were stolen and he was going to give the guns to the Mexicans (Ernesto & Sammy) as partial payment.


Detective Andrew S. BURIAN   #25
HCPD - AREA I VICE
03-25-03/1545