CERTIFICATE OF SERVICE

The undersigned hereby certifies he caused a true and correct copy of the foregoing PETITIONER'S ANSWER TO GOVERNMENT'S OPPOSITION TO PETITIONER'S 28 USC § 2255, to be served on the attorney for the Respondent, First Class, postage prepaid and addressed thereon to:

> MICHAEL K. KAWAHARA, AUSA
> OFFICE OF U.S. ATTORNEY
> ROOM 6-100, FEDERAL BUILDING
> 300 ALA MOANA BOULEVARD
> HONOLULU, HAWAII 96850
> 808.541.2850

declaring the same was placed into prison official hands, all under the penalty of perjury, per 28 USC § 1747, all on this 15th day of January, 2008.

_/s/ Ernest M. Esparza_
ERNEST M. ESPARZA
Defendant-Petitioner, Pro se.

GWS.cc: