ORIGINAL

Ernest M. Esparza
# 90291-022; SS3 Unit
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

Petitioner, Pro se.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Respondent,<br><br>　　-versus-<br><br>ERNEST M. ESPARZA,<br><br>　　　Movant. | CIVIL NO: 07-0375SOM<br>CRIM. NO: 03-0127SOM<br><br><br>DEFENDANT'S MOTION FOR WITNESS<br>LIST FOR EVIDENTIARY HEARING |

....oOo....

　　　Defendant-Petitioner, Ernest M. Espzarza, Pro se, hereby notifies the court and parties that Defendant will need to call the following witnesses for an evidentiary hearing the court schedules in this action pursuant to the 28 USC § 2255 motion, to wit:

　　　Defendant Ernest Esparza
　　　# 90291-022; SS3-28L
　　　Federal Correctional Institution
　　　1900 Simler Avenue
　　　Big Spring, Texas 79720

　　　Florentino Demacio
　　　(Was or is a Federal Prisoner,
　　　last known to be going to a medical facility).
　　　Can Be located through Bureau of Prisons.

Leslie Lee Acdal
146 West Kinai Street
Hilo, Hawaii 96720
(808) 981-2132

Toni Ann Bolos and
Leilani Bolos
Sisters
Lives in Honolulu, Hawaii
Should be in phone book.

Respectfully submitted,

BY: _____
ERNEST M. ESPARZA
Defendant-Petitioner, Pro se.

CERTIFICATE OF SERVICE

The undersigned declares he mailed this Motion for witness list, along with the answer and Motion to Set hearing date, to the attorney for the Respondent, First Class, postage prepaid thereon and declaring it was mailed by handing it to a prison official, all under the penalty of perjury, per 28 USC § 1746, all on this 15th day of January, 2008.

_____
ERNEST M. ESPARZA
Defendant-Petitioner, Pro se.